# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAY R. WILLIAMS,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
LIDIA STIGLICH, DISTRICT JUDGE,
Respondents,
and
F. DEARMOND SHARP, ESQ., AN
INDIVIDUAL; ROBISON
BELAUSTEGUI SHARP & LOW, A
NEVADA PROFESSIONAL
CORPORATION; AND CHRIS D.
NICHOLS, ESQ., AN INDIVIDUAL,
Real Parties in Interest.

No. 69191

FILED

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original pro se petition for a writ of mandamus or prohibition challenges a district court order imposing NRCP 11 sanctions on petitioner.

Having considered the parties' arguments, we agree with real parties in interest that petitioner waived his right to challenge the NRCP 11 sanctions order. *Hudson v. Horseshoe Club Operating Co.*, 112 Nev. 446, 457, 916 P.2d 786, 792 (1996) ("Waiver occurs where a party knows of an existing right and . . . exhibits conduct so inconsistent with an intent to enforce the right as to induce a reasonable belief that the right has been relinquished."). In particular, petitioner paid his $10,000 sanction, procured a satisfaction of judgment, and then waited over two years to file this writ petition. *Wheeler Springs Plaza, LLC v. Beemon*, 119 Nev. 260,

16-08666

265, 71 P.3d 1258, 1261 (2003) (recognizing that payment of a judgment may be sufficient to waive the right to challenge the judgment "when the payment is intended to compromise or settle the matter"). These circumstances, combined with petitioner's decision not to join the writ petition filed by his co-counsel that this court considered during that same two-year period, "clearly and unmistakably show" an "unconditional, voluntary, and absolute acquiescence" on petitioner's part as to the validity of the NRCP 11 sanctions order. *Basic Refractories v. Bright*, 71 Nev. 248, 253, 286 P.2d 747, 749 (1955) (quotation omitted). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:   Hon. Lidia Stiglich, District Judge
      Day R. Williams, Attorney at Law
      Robison Belaustegui Sharp & Low
      Washoe District Court Clerk